**Mrs. Yvonne Marie VIVES, wife of Jacques Lanauze FORTIER,**

**v.**

**Jacques Lanauze FORTIER.**

No. 48860.

Oct. 10, 1967.

Writ refused. The judgment is not final. The wife's rights are reserved to reurge the issue presented by this application.

202 So.2d 661

**Mrs. Dorothy Hill MONTELEONE**

**v.**

**BOH BROS. CONSTRUCTION CO., Inc., et al.**

No. 48869.

Oct. 10, 1967.

Writ refused. The judgment, as to applicant, is not final.

202 So.2d 662

**Victor D. CARLOCK**

**v.**

**Elwood J. GROSS, d/b/a Cotton Construction Company, and United States Casualty Company.**

No. 48870.

Oct. 10, 1967.

Writ refused. On the facts found by the Court of Appeal, the result is correct.